# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREGORY McKNIGHT,

      Petitioner, :     Case No. 2:09-cv-059

                                      :    Chief Judge Susan J. Dlott
   -vs-                                        Magistrate Judge Michael R. Merz

DAVID BOBBY, Warden,

                                      :

      Respondent.

## ORDER APPROVING PROPOSED SCHEDULE

In his Notice of Intent to File and Proposed Schedule, Petitioner proposed to file his brief "explaining why the state court decisions on the denial of the effective assistance of trial and appellate counsel was contrary to or any unreasonable application of clearly established federal law as enunciated in *Strickland v. Washington,* 466 U.S. 668 (1984) and *Wiggins v Smith,* 539 U.S. 510 (2003), and to address what impact if any the very recent Supreme Court case of *Martinez v. Ryan*, 132 S. Ct. 1309 (March 20, 2012) may have the on the Court's resolution of these claims." (Notice, Doc. No. 66, PageID 1777).   Petitioner requested until June 4, 2012, to file that brief, and suggested that the Warden have forty-five days to respond and Petitioner have twenty days to reply to the response.

Petitioner's proposed schedule is approved.

May 16, 2012.

                                                          s/ **Michael R. Merz**
                                                United States Magistrate Judge